IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SAWNYA J. WILLIAMS, | ) | Case No. 8:18CV137 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| H & H AUTO PARTS, LLC, | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Stipulation for Change of Venue. ([Filing No. 25](#).) The parties have agreed that the venue for trial should be changed from Omaha, Nebraska to North Platte, Nebraska. Having considered the matter, the Court will approve the stipulation.

Accordingly,

**IT IS ORDERED:**

1. The Stipulation for Change of Venue ([Filing No. 25](#)) is approved.

2. The trial of this matter will be held on August 19, 2019 at the Lincoln County Courthouse, 301 N. Jeffers St., in North Platte, Nebraska.

3. The Clerk of Court is directed to modify the docket sheet to reflect that trial will take place in North Platte, Nebraska.

4. The Motion Requesting Place of Trial ([Filing No. 22](#)) is denied as moot.

Dated this 31st day of October, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge