IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SAWNYA J. WILLIAMS,

    Plaintiff,

vs.

H & H AUTO PARTS, LLC,

    Defendant.

8:18CV137

**ORDER**

Today, a telephone conference was held regarding a discovery dispute. Having heard the arguments presented by counsel,

**IT IS ORDERED** as follows:

1. The subpoenas to Plaintiff's medical providers requesting Plaintiff's medical records from 2017 forward may issue.

2. Defendant's subpoenas to Plaintiff's past employers may issue. However, the language "records of any kind regarding the employment" shall be removed from the subpoenas before they issue.

3. As to Plaintiff's current employer, a subpoena may not issue. Instead, Plaintiff shall directly produce payroll and benefit information to Defendant. However, a request for additional information from Plaintiff's current employer may be brought before the Court, following a meet and confer by counsel, in the event discovery reveals that more documents may be relevant.

4. By November 26, 2018, Plaintiff shall provide the Court with the unredacted text messages at issue for *in camera* review.

Dated this 20th day of November, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge