IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAWNYA J. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>H & H AUTO PARTS, LLC,<br><br>　　　　　　Defendant. | 8:18CV137<br><br>**ORDER** |

A discovery dispute telephone conference was held on November 20, 2018. The discovery dispute dealt, in part, with Plaintiff's production of redacted text messages. Plaintiff was ordered to submit an unredacted copy of the text messages for *in camera* review.

The Court has completed its review and finds that the documents should be produced to Defendant in unredacted form. Although some of the redacted text messages, in the Court's view, shed no light on the subject matter of this suit, there are a few which are arguably relevant. Moreover, the production of these messages is appropriate to give context and clarification to those text messages that were produced as unredacted.

The Court notes that some of the text messages were exchanged between Plaintiff and individuals who remain employed with Defendant. Therefore, as to communications between Plaintiff and those individuals still employed by Defendant, these documents shall be restricted to attorney's eyes only. Plaintiff shall produce the text messages in unredacted form by December 10, 2018.

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge