# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAWNYA J. WILLIAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>H & H AUTO PARTS, LLC,<br><br>                Defendant. | 8:18CV137<br><br>AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE |

      A Status Conference was held in this matter on March 25, 2019. In accordance with the matters discussed at the Conference,

      **IT IS ORDERED** that the provisions of the Court's earlier final order remain in effect, and in addition to those provisions, the following shall apply:

      1.     **Motion to Dismiss and Motions for Summary Judgment.** Motions to dismiss and/or for summary judgment shall be filed not later than **June 14, 2019**. *See* NECivR 56.1 and NECivR 7.1.

      2.     **Discovery Deadlines:**

           a.     **Deposition Deadline.** All depositions, whether or not they are intended to be used at trial, shall be completed by **May 28, 2019**.

           b.     **Subpoenas:** Plaintiff shall issue any subpoenas they wish to serve by April 5, 2019.

           c.     **Discovery Motions:** If a discovery dispute arises the parties must contact the court for a telephone conference regarding such dispute within 10 days after the parties have met and conferred regarding the dispute.

      3.     **Status Conference:** A telephonic status conference will be held on May 2, 2019 at 11:00 a.m. Case conference instructions are found at Filing No. 15.

      4.     The trial and pretrial are cancelled. The court will reset the trial and any trial related deadlines at the status conference.

      5.     **Motions to Alter Dates.** All requests for changes of deadlines or settings established herein shall be directed to the assigned magistrate judge by appropriate motion, including all requests for changes of trial dates. Such motions shall not be considered in the absence of a showing by counsel of due diligence in the timely development of this case for trial

and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 26th day of March, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge